CLAYTON P. BRUST, ESQ. – NSB #5234
cbrust@rbsllaw.com
MARK G. SIMONS, ESQ. – NSB #5132
msimons@rbsllaw.com
Robison, Belaustegui, Sharp & Low
A Professional Corporation
71 Washington Street
Reno, Nevada 89503
Telephone:   (775) 329-3151
Facsimile:    (775) 329-7941
*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ATHERTON RESOURCES, LLC., a Nevada Limited Liability Company,<br><br>Plaintiff,<br><br>vs.<br><br>ANSON RESOURCES, LTD. and individual, and DOES I-X inclusive,<br><br>Defendants.<br>_____/ | CASE NO: 3:17-cv-00340-MMD-VPC<br><br>**STIPULATED ERRATA TO CASE MANAGEMENT REPORT: SPECIAL SCHEDULING REVIEW REQUESTED [12]** |

The parties, through their respective counsel, respectfully submit this Stipulated Errata regarding the Case Management Report: Special Scheduling Review Requested [12] filed on August 3, 2017.

The date for rebuttal expert disclosure date was entered as November 13, 2017, and the correct date should read **January 10, 2018**, which is 30 days after the initial disclosure of experts.

Dated this 11th day of August, 2017.

_____
Clayton P. Brust, Esq.
Robison, Belaustegui, Sharp & Low
71 Washington Street
Reno, NV 89503
*Attorney for Plaintiff*

Dated this 11th day of August, 2017.

_____
Brian McMahon, Esq.
McMahon Law Offices, Ltd.
3715 Lakeside Drive, Ste. A
Reno, NV 89509
*Attorneys for Defendant*

IT IS SO ORDERED

_____
U.S. MAGISTRATE JUDGE

DATED: August 15, 2017