CLAYTON P. BRUST, ESQ. – NSB #5234
cbrust@rssblaw.com
Robison, Sharp, Sullivan & Brust
A Professional Corporation
71 Washington Street
Reno, Nevada 89503
Telephone:  (775) 329-3151
Facsimile:   (775) 329-7941

*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ATHERTON RESOURCES, LLC., a Nevada Limited Liability Company,<br><br>Plaintiff,<br><br>vs.<br><br>ANSON RESOURCES, LTD. and individual, and DOES I-X inclusive,<br><br>Defendants. | CASE NO: 3:17-cv-00340-MMD-VPC |

## NOTICE OF WITHDRAWAL OF COUNSEL

Mark G. Simons, Esq, does hereby withdraw as counsel of record for Plaintiff Atherton Resources, LLC., in accordance with Rule 46 of the Supreme Court Rules. Plaintiff is represented by Clayton Brust, Esq. and the law firm of Robison, Sharp, Sullivan & Brust.

DATED this 16 day of February, 2018.

BY: _____
MARK G. SIMONS, ESQ.

IT IS SO ORDERED.

_____
U.S. MAGISTRATE JUDGE

DATED: February 12, 2018

## CERTIFICATE OF SERVICE

Pursuant to FRCP 5, I certify that I am an employee of ROBISON, SHARP, SULLIVAN & BRUST, and that on this date I caused a true copy of **NOTICE OF WITHDRAWAL OF COUNSEL** to be served on all parties to this action by:

____  placing an original or true copy thereof in a sealed, postage prepaid, envelope in the United States mail at Reno, Nevada.

____  personal delivery/hand delivery

✓  emailing an attached Adobe Acrobat PDF version of the document to the email addresses below/facsimile (fax) and/or E-Filing pursuant to Section IV of the District of Nevada Electronic Filing Procedures

____  Federal Express/UPS or other overnight delivery

____  Reno Carson Messenger Service

McMahon Law Offices, Ltd.
Brian McMahon, Esq.
3715 Lakeside Drive, Ste. A
Reno, NV 89509

brian@mcmahonlaw.org

Dated this ____ day of February 2018.

_____
Employee of Robison, Sharp, Sullivan & Brust