**CLAYTON P. BRUST, ESQ. – NSB #5234**
cbrust@rssblaw.com
**THERESE M. SHANKS, ESQ. – NSB #12890**
tshanks@rssblaw.com
**Robison, Sharp, Sullivan & Brust**
A Professional Corporation
71 Washington Street
Reno, Nevada 89503
Telephone:  (775) 329-3151
Facsimile:  (775) 329-7941

*Attorneys for Plaintiff*

```
____ FILED          ____ RECEIVED
____ ENTERED        ____ SERVED ON
              COUNSEL/PARTIES OF RECORD

         MAR 2 7 2019

       CLERK US DISTRICT COURT
         DISTRICT OF NEVADA
BY: _____ DEPUTY
```

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA     *ORDER*

| | |
|---|---|
| ATHERTON RESOURCES, LLC., a Nevada Limited Liability Company,<br><br>Plaintiff,<br><br>vs.<br><br>ANSON RESOURCES, LTD, BRUCE RICHARDSON, an individual., and DOES I-X inclusive,<br><br>Defendants.<br>_____/ | CASE NO: 3:17-cv-00340-MMD-VPC |

### JOINT STIPULATION FOR EXTENTION OF TIME TO FILE PRETRIAL ORDER

The parties, by and through the undersigned counsel, stipulate and respectfully request an order as follows:

A Settlement Conference was held in this case on March 22, 2019 before the Honorable Carla Baldwin Carry, during which the Court met and conferred with the parties and counsel. However, a settlement was not reached. In the Court Minutes [101] filed March 22, 2019, the Court ordered the parties file a proposed joint pretrial order be due on April 22, 2019. The parties are requesting a thirty (30) day extension.

The parties continue to negotiate for settlement through counsel. These negotiations may result in narrowing of issues for trial. Concurrently, the parties are drafting the Joint Pretrial Order. In doing so, the parties are reviewing over 7,700 pages disclosed in discovery, numerous deposition transcripts, 208 deposition exhibits, and

expert reports to prepare the Joint Pretrial Order. The parties believe that an additional 30 days will allow a more detailed review and selection of exhibits, witnesses, and deposition transcripts for inclusion in the Joint Pretrial Order. Additionally, Defendants representatives are located in Australia, which itself delays communications necessary to prepare the Joint Pretrial Order.

The stipulated request for an additional thirty (30) days, until May 22, 2019, to file a proposed joint pretrial order is submitted for the reasons explained above, in good faith, and not for purposes of undue delay.

Dated this 27th day of March, 2019.   Dated this 27th day of March, 2019.

/s/CLAYTON P. BRUST
Clayton P. Brust, Esq.
Robison, Belaustegui, Sharp & Low
71 Washington Street
Reno, NV 89503
*Attorney for Plaintiff*

Brian McMahon, Esq.
McMahon Law Offices, Ltd.
3715 Lakeside Drive, Ste. A
Reno, NV 89509
*Attorneys for Defendant*

**ORDER**

IT IS SO ORDERED.

Dated this 27th day of March, 2019.

_____
United States Magistrate Judge

J:\WPData\CPB\5507.001 Atherton Resources\P-Stipulation to Extend Time to file Pretrial Order.doc