**CLAYTON P. BRUST, ESQ. – NSB #5234**
cbrust@rssblaw.com
**THERESE M. SHANKS, ESQ. – NSB #12890**
tshanks@rssblaw.com
**Robison, Sharp, Sullivan & Brust**
A Professional Corporation
71 Washington Street
Reno, Nevada 89503
Telephone: (775) 329-3151
Facsimile: (775) 329-7941

*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ATHERTON RESOURCES, LLC., a Nevada Limited Liability Company,<br><br>Plaintiff,<br><br>vs.<br><br>ANSON RESOURCES, LTD, BRUCE RICHARDSON, an individual., and DOES I-X inclusive,<br><br>Defendants.<br>_____/ | CASE NO: 3:17-cv-00340-MMD-VPC<br><br>*ORDER*<br><br>**JOINT STIPULATION FOR EXTENTION OF TIME TO FILE PRETRIAL ORDER [SECOND REQUEST]** |

The parties, by and through the undersigned counsel, stipulate and respectfully request an order as follows:

A Settlement Conference was held in this case on March 22, 2019 before the Honorable Carla Baldwin Carry, during which the Court met and conferred with the parties and counsel. However, a settlement was not reached. In the Court Minutes [101] filed March 22, 2019, the Court ordered the parties file a proposed joint pretrial order ("JPTO") be due on April 22, 2019. The parties already requested, and were granted, a thirty (30) day extension, so the JPTO is due May 22, 2019. [102].

The parties have worked diligently to complete the JPTO. Several drafts have been exchanged between counsel. Counsel has identified approximately 260 exhibits, but are working to reduce the number of exhibits and plan to meet to identify objections to

proposed exhibits and resolve objections, if possible. Further, Plaintiff has withdrawn its jury demand and Defendant has agreed to allow this matter to proceed as a bench trial. This change in the presentation at trial has resulted in different considerations that will expedite the trial of this matter.

Finally, Plaintiff's counsel is scheduled for heavy travel through June 4, 2019 to prepare for and participate in a Ninth Circuit Settlement Conference. Counsel for this matter plan to meet several times to meet and confer regarding the JPTO, but available dates are limited over the next few weeks. The parties respectfully request believe that an additional 30 days to finalize the JPTO.

The stipulated request for an additional thirty (30) days, until June 22, 2019, to file a proposed joint pretrial order is submitted for the reasons explained above, in good faith, and not for purposes of undue delay.

Dated this 16th day of May, 2019.                           Dated this 16th day of May, 2019.

/s/ Clayton P. Brust                                        /s/ Brian McMahon
Clayton P. Brust, Esq.                                      Brian McMahon, Esq.
Robison, Belaustegui, Sharp & Low                           McMahon Law Offices, Ltd.
71 Washington Street                                        3715 Lakeside Drive, Ste. A
Reno, NV 89503                                              Reno, NV 89509
*Attorney for Plaintiff*                                    *Attorneys for Defendant*

**ORDER**

IT IS SO ORDERED.

Dated this 20th day of May, 2019.

_____
United States Magistrate Judge

J:\WPData\CPB\5507.001 Atherton Resources\P-Stipulation to Extend Time to file Pretrial Order.doc