# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ATHERTON RESOURCES, LLC, a Nevada Limited Liability Company,<br><br>Plaintiff,<br><br>vs.<br><br>ANSON RESOURCES, LTD., *et al.*,<br><br>Defendants. | Case No.: 3:17-CV-00340-RCJ-CBC<br><br>ORDER SETTING STATUS CONFERENCE |

IT IS HEREBY ORDERED that the Notice of Calendar Call Conflict and Request for Status Conference or in the Alternative, New Calendar Call Date (ECF No. 119) is GRANTED.

IT IS FURTHER ORDERED that a Status Conference is set for 10:00 A.M., Tuesday, October 15, 2019, in Reno Courtroom 3, before Judge Robert C. Jones.

IT IS SO ORDERED this 4th day of October, 2019.

_____
ROBERT C. JONES
Senior District Judge