McMAHON LAW OFFICES, LTD.
Brian M. McMahon, Esq.
Nevada State Bar No. 00927
3715 Lakeside Drive, Suite A
Reno, Nevada 89509
(775) 348-2701
Attorneys for Defendant ANSON RESOURCES, LTD.

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

|  |  |
|---|---|
| ATHERTON RESOURCES, LLC, a Nevada Limited Liability Company,<br><br>Plaintiff,<br><br>vs.<br><br>ANSON RESOURCES, LTD., BRUCE RICHARDSON, an individual and DOES I-X, inclusive,<br><br>Defendants. | Case No. 3:17-cv-00340-MMD-CLB<br><br>**STIPULATION AND ORDER TO CONTINUE MAY 5, 2020 TRIAL DATE** |

The above entitled parties by and through their respective counsel of record hereby stipulate to vacate and continue the above entitled matter currently set for trial commencing on Tuesday, May 5 to and including Friday, May 8, 2020. The parties recognize the challenges of the current health concerns. The parties certify they have met and conferred with their clients and have their approval to continue the trial date. The trial date will be continued to October 6, 2020 at 9:00 AM in Reno Courtroom 5. Calendar call will be held on September 28, 2020 at 1:00 PM telephonically.

//

//

//

//

//

//

1

**It is so stipulated.**

Dated this 31 day of March, 2020.

                                                  McMAHON LAW OFFICES, LTD.

                                                  By: /s/ Brian McMahon
                                                  Brian McMahon, Esq.
                                                  Attorney for Defendant
                                                  ANSON RESOURCES, LTD.

Dated this 31 day of March, 2020.

                                                  ROBISON, SHARP, SULLIVAN & BRUST

                                                  By: /s/ Clayton Brust
                                                  Clayton P. Brust, Esq.
                                                  Attorney for Plaintiff
                                                  ATHERTON RESOURCES, LLC

## ORDER

This Stipulation has been approved by the parties to this action as evidenced by their signatures or the signatures of their attorneys hereon. Accordingly, the trail in this matter currently set to begin May 5, 2020 shall begin October 6, 2020, in Courtroom 5. Calendar call will be held on September 28, 2020 at 1:00 PM telephonically.

**IT IS SO ORDERED.**

Dated this 1st day of April, 2020.

                                                  By: _____
                                                     United States District Judge