**CLAYTON P. BRUST, ESQ. – NSB #5234**
cbrust@rssblaw.com
**THERESE M. SHANKS, ESQ. – NSB #12890**
tshanks@rssblaw.com
**Robison, Sharp, Sullivan & Brust**
A Professional Corporation
71 Washington Street
Reno, Nevada 89503
Telephone:   (775) 329-3151
Facsimile:    (775) 329-7941

*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ATHERTON RESOURCES, LLC., a Nevada Limited Liability Company,<br><br>          Plaintiff,<br><br>vs.<br><br>ANSON RESOURCES, LTD, BRUCE RICHARDSON, an individual., and DOES I-X inclusive,<br><br>          Defendants.<br>_____/ | **CASE NO: 3:17-cv-00340-MMD-CLB** |

**STIPULATION; ORDER EXTENDING DEADLINE FOR BILL OF COSTS**

The parties, through their undersigned counsel, hereby stipulate and request an order extending the final day to file and serve a Bill of Costs Pursuant to Fed R. Civ. P. 54 and LR 54-1, et seq., by 60 days.  Accordingly, the last day for the parties to file and serve  a Bill of Costs shall be February 12, 2021.  The parties are currently attempting to negotiate a settlement of this matter and require additional time to do so.  Filing bills of cost while negotiating will interfere with such settlement efforts.  This request is not for

…

…

…

the purpose of delay, but to facilitate settlement.

Dated this 10th day of December, 2020.    Dated this 10th day of December, 2020.

  /s/Clayton P. Brust                        /s/Brian McMahon
Clayton P. Brust, Esq.                      Brian McMahon, Esq.
Robison, Belaustegui, Sharp & Low     McMahon Law Offices, Ltd.
71 Washington Street                     3715 Lakeside Drive, Ste. A
Reno, NV 89503                           Reno, NV 89509
*Attorney for Plaintiff*                      *Attorneys for Defendant*

**ORDER**

IT IS SO ORDERED.

Dated this 10th day of December, 2020.

_____
United States Magistrate Judge