**CLAYTON P. BRUST, ESQ. – NSB #5234**
cbrust@rssblaw.com
**THERESE M. SHANKS, ESQ. – NSB #12890**
tshanks@rssblaw.com
**Robison, Sharp, Sullivan & Brust**
A Professional Corporation
71 Washington Street
Reno, Nevada 89503
Telephone:   (775) 329-3151
Facsimile:   (775) 329-7941

*Attorneys for Plaintiff*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ATHERTON RESOURCES, LLC., a Nevada Limited Liability Company, | **CASE NO: 3:17-cv-00340-MMD-CLB** |
| Plaintiff, | |
| vs. | |
| ANSON RESOURCES, LTD, BRUCE RICHARDSON, an individual., and DOES I-X inclusive, | |
| Defendants. _____/ | |

**STIPULATION; ORDER EXTENDING DEADLINE FOR NOTICE OF APPEAL**

The parties, through their undersigned counsel, hereby stipulate and request an order extending the final day to file and serve a Notice of Appeal Pursuant to Fed R. App. P. 4 by 60 days.  Accordingly, the last day for the parties to file and serve a Notice of Appeal shall be March 1, 2021.  The parties are currently attempting to negotiate a settlement of this matter and require additional time to do so.  Filing a notice of

…

…

…

appeal will interfere with such settlement efforts.  This request is not for the purpose of delay, but to facilitate settlement.

Dated this 10th day of December, 2020.                     Dated this 10th day of December, 2020.


　/s/Clayton P. Brust　　　　　　　　            　/s/Brian McMahon　　　　　　　　
Clayton P. Brust, Esq.                                             Brian McMahon, Esq.
Robison, Belaustegui, Sharp & Low                      McMahon Law Offices, Ltd.
71 Washington Street                                             3715 Lakeside Drive, Ste. A
Reno, NV 89503                                                     Reno, NV 89509
*Attorney for Plaintiff*                                              *Attorneys for Defendant*

**ORDER**

IT IS SO ORDERED.

Dated this 10th day of December, 2020.

_____
United States District Judge